**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-62233-CIV-SMITH**

SIGAL SHOVAL, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.

AMERICAN CORADIUS
INTERNATIONAL, LLC,

    Defendant.

_____/

**ORDER SETTING CIVIL TRIAL DATE,**
**PRETRIAL DEADLINES, AND REFERRAL TO MAGISTRATE JUDGE**

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **January 30, 2023.** If the case cannot be tried during the two-week period, it will be re-set for each successive trial calendar until it is tried or resolved. The **Calendar Call** will be held at **9:00 a.m. on January 24, 2023**. The parties shall adhere to the following schedule:

1. Joinder of any additional parties and filing of motion to amend the pleadings by — **March 31, 2022**

2. Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by — **April 22, 2022**

3. Motion for Class Certification shall be filed by — **May 2, 2022**

4. Plaintiffs shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by — **May 16, 2022**

5. Defendant(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by — **June 1, 2022**

6. Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by — **June 24, 2022**

Case 0:21-cv-62233-RS   Document 11   Entered on FLSD Docket 03/01/2022   Page 2 of 3

7. Written lists containing the names and addresses of all fact witnesses intended to be called at trial by **June 30, 2022**

8. Fact discovery shall be completed by **July 29, 2022**

9. Expert discovery shall be completed by **July 29, 2022**

10. Mediation shall be completed by **August 12, 2022**

11. Motion to Decertify Class shall be filed by **August 1, 2022**

12. Dispositive motions, including summary judgment and *Daubert*, shall be filed by **August 26, 2022**

13. Deposition designations and counter designations shall be filed by **October 28, 2022**

    The parties shall meet and confer prior to submitting the deposition designations and counter-designations in a good faith effort to resolve objections. Failure to comply with the deadline and the meet and confer may result in objections being stricken or other appropriate sanctions.

14. All pretrial motions and memoranda of law, including motions *in limine*, shall be filed by **December 27, 2022**

    Prior to filing any motions *in limine*, the parties shall meet and confer in a good faith effort to resolve any issues. If a party has multiple motions *in limine*, they shall be filed as a single omnibus motion. All motions *in limine* and the responses shall be limited to one page per issue. No replies shall be permitted.

15. Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by **December 27, 2022**

    When the parties cannot agree on specific jury instructions, the submitted instructions shall clearly indicate which party has proposed the specific instruction.

## **REFERRAL TO MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 1 of the Magistrate Rules of the Southern District of Florida, all motions for attorney's fees, costs, and sanctions, plus all non-dispositive pretrial motions (PTN) are **REFERRED t**o Magistrate Judge Valle for appropriate resolution.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 1st day of March, 2022.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record