UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-62233-CIV-SMITH

SIGAL SHOVAL on behalf of ROEI SHOVAL, individually and on behalf of all others similarly situated,

    Plaintiff,

vs.

AMERICAN CORADIUS INTERNATIONAL, LLC,

    Defendant.

_____/

### ORDER OF DISMISSAL

This matter is before the Court *sua sponte*. On March 24, 2022, the Court issued its Notice of Court Practice on Notice of Settlement [DE 14], requiring the parties to file their Stipulation of Dismissal by **April 22, 2022.** The Order further stated that failure to comply with the Order may result in final dismissal of the case. A review of the record indicates that the parties have failed to file a Stipulation of Dismissal. Accordingly, it is

**ORDERED** that:

1. This matter is **DISMISSED.**

2. All pending motions are **DENIED as moot.**

3. This case is **CLOSED.**

DONE and ORDERED in Fort Lauderdale, Florida, this 6th day of May, 2022.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record